UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 03/01/11        TIME: 9:55-10:00

CRIMINAL CAUSE FOR: Initial Arraignment

DOCKET #: CR11-00117

DEFENDANT: Eugenio Landin Cruz- c        ATTORNEY: Len Kamdang, Esq.

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

ASSISTANT U.S. ATTORNEY: Richard Tucker

COURT REPORTER: Burt Sulzer

INTERPRETER: Carmen Pascual (Sp)

PROBATION OFFICER:

PRETRIAL OFFICERS:                        DEPUTY: V. Holley

Dft waives formal reading of Indictment.
N/G plea ent'd.
OED ent'd (plea discussions).
Status conference set for 03/25/11 at 11:30.
Motion to be filed on above date if dft decides not to p/g.